

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00284-CR

Ex parte Friedrich Alexander Hoeninghaus IV

On Appeal from the
249th District Court of Johnson County, Texas
Trial Cause No. DC-F201900464-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

December 3, 2020